# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2015

150589-90

JENINE KEMP,
      Claimant-Appellee,

v

HAYES GREEN BEACH MEMORIAL
HOSPITAL,
      Employer-Appellee,
and

DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE AGENCY,
      Appellant.

_____/

STEPHEN KUDZIA,
      Claimant-Appellee,

v

AVASI SERVICES, INC.,
      Employer-Appellee,
and

DEPARTMENT OF LICENSING &
REGULATORY AFFAIRS,
UNEMPLOYMENT INSURANCE AGENCY,
      Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 150589
COA: 315441
Ingham CC: 12-000994-AE

SC: 150590
COA: 318344
Macomb CC: 2013-001723-AE

On order of the Court, the application for leave to appeal the October 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2015



p1028

Clerk